5

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM GEOVANY VIVRAR-LOPEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-181 |
| | § | (CRIMINAL NO. B-98-552) |
| UNITED STATES OF AMERICA | § | |
| | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Vivrar-Lopez's § 2255 Motion (Pleading No. 1) is hereby DISMISSED.

DONE in Brownsville, Texas this 5 day of _____, 2001.

_____
Hilda Tagle
United States District Judge