In The Fifth Circuit
Court of Appeals

B-00-181

Motion for Certificate of Appeallability
to appeal from the denial of
Petitioner's 28 U.S.C. 2255 Motion

U.S. COURT OF APPEALS
RECEIVED
JAN 25 2001
NEW ORLEANS, LA.

United States District Court
Southern District of Texas
FILED
JAN 25 2001
Michael N. Milby
Clerk of Court

Comes Now, Petitioner William Geovany Vivrar-Lopez (Hereinafter) Petitioner, Who Humbly and Respectfully Request This Honorable Court of Review grant him permission for a certificate of appeallability, and that this Honorable Court of Review Rule on The issues the Petitioner filed in his motion in District Court a copy of which is enclosed. The District Court adopted the Magistrate Judges Report and denied the Petitioner's Motion.

I

Petitioner raised three issues that he believes if Reviewed by this Honorable Court of Review, that he deserves relief because he believes these issues are meritious. Petitioner alleged three Due Process Violations:

1. is Breach of plea-agreement
2. is Constructive Amendment of Indictment
3. is Ineffective Assistance of Counsel

The Petitioner Humbly and Respectfully Request that this Honorable Court of Review, Review the District Court's denial of his 28 US.C. 2255 Motion and grant him the relief he requests in it.

(1)

## Conclusion

The Petitioner Concludes this Request by saying fundamental violations have occured and the Petitioner seeks this Honorable Court of Review's Wisdom and guidance in this matter. The Petitioner asks that this Honorable Court of Review grant him a certificate of appeallability and grant him the relief he has Requested in his 28 U.S.C 2255 Pursuant to **Haines vs. Kerner 404 U.S. 519(1972)**.

Petitioner asks that this Honorable Court of Review Construe his pleadings liberally as Petitioner is a PRO-SE Litigant and has articulated this Motion to the best of his ability.

## Prayer

The Petitioner Puts his faith in God and his trust in this Honorable Court's Wisdom and guidance and Long History of Jurisprudence on This Matter.

## Certificate of Service

I hereby certify that 4 copies of this Certificate of appeallability were mailed to the Clerk of Courts for the Fifth Circuit, Mr. Charles Fulbruge, III, 600 Camp Street, New Orleans, La. 70130.

Respectfully Submitted,

William Geovany VIVRAR-Lopez
No. 62678-079
U.S.P. Beuamont
P.O. Box 26030
Beaumont, Texas. 77720-6030

(3)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WILLIAM GEOVANY VIVRAR-LOPEZ § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-181 |
| § | (CRIMINAL NO. B-98-552) |
| UNITED STATES OF AMERICA § | |
| § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Vivrar-Lopez's § 2255 Motion (Pleading No. 1) is hereby DISMISSED.

DONE in Brownsville, Texas this 5 day of _____, 2000.

Hilda Tagle
United States District Judge

4