IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-40184

---

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

WILLIAM GEOVANY VIVRAR-LOPEZ

   Defendant - Appellant

B-00-181

United States District Court
Southern District of Texas
FILED
DEC 17 2001
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
DEC 11 2001
CHARLES R. FULBRUGE III
CLERK

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

  Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 11, 2001 for want of prosecution. The appellant failed to timely file motion for certificate of appealability and brief in support.

          CHARLES R. FULBRUGE III
          Clerk of the United States Court
          of Appeals for the Fifth Circuit

        By: _____
          Mary Ann Lopiparo, Deputy Clerk

          FOR THE COURT - BY DIRECTION

DIS-2

A true copy
 Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
     Deputy

New Orleans, Louisiana  12-11-01

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

December 11, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

       No. 01-40184 USA v. Vivrar-Lopez
       USDC No. B-00-CV-181
              B-98-CR-552-1

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned:

              Sincerely,

              CHARLES R. FULBRUGE III, Clerk

By: _____
              Mary Ann Lopiparo, Deputy Clerk
              504-589-6514 ITEM # 178

cc: w/encl:
    Mr James Lee Turner
    Mr William Geovany Vivrar-Lopez

MDT-1